### ARAXIE MARKARIAN v. HERACHE MARKARIAN
### (2348)

DUPONT, Acting C.P.J., HULL and DALY, Js.

Argued October 2—decision released November 13, 1984

*Joseph A. O'Brien,* for the appellant (plaintiff).

*Gerald A. Roisman,* with whom was *Edith F. McClure,* for the appellee (defendant).

PER CURIAM. This dissolution action was remanded by this court to the trial court with direction to file a memorandum of decision articulating the basis upon which it awarded the plaintiff alimony limited to two years.

The trial court has now sufficiently articulated the facts upon which its decision was based and its decision should not be disturbed. *Holley* v. *Holley,* 194 Conn. 25, 29, 478 A.2d 1000 (1984).

There is no error.